**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

In re:

**TERRORIST ATTACKS ON**
**SEPTEMBER 11, 2001**

03-MDL-1570 (GBD)(SN)

-------------------------------------------------------------X

**GERARD PATRICK AHEARN,**

**KRISTEN MARY AHEARN,**

**WILLIAM ROBERT AHEARN,**

**ALFRED JOSEPH ALBRIZIO III,**

**CATHERINE ALBRIZIO,**

**CHRISTIAN ALBRIZIO,**

**ALEXA BURCHIANTI,**

**NICOLE S. CAROLLO,**

**AMANDA COYNE,**

**JUDITH COYNE,**

**JUDITH COYNE, as Representative of the Estate of RONALD THOMAS COYNE, Deceased,**

**SUZANNE MATIE DELLARATTA,**

**TRACY DIMARCO,**

**MARY ELIZABETH FERGUSON,**

**MARY ELIZABETH FERGUSON, as Representative of the Estate of CHARLES FERGUSON, Deceased,**

**CHRISTOPHER FLEGAR,**

**VALERIE FLEGAR,**

AMANDA FUGEL,

ANGELA FUGEL,

PAUL B. GARIPOLI,

PAUL B. GARIPOLI, as Representative of the Estate of CHRISTINE NOELLE GARIPOLI, Deceased,

BIRLA ELIZABETH GONZALEZ,

BIRLA ELIZABETH GONZALEZ, as Representative of the Estate of FERNANDO AUGUSTO GONZALEZ, Deceased,

FERNANDO DAR'THANIAN GONZALEZ,

STORM BIRLA GONZALEZ,

JENNIFER LYNN GREEN,

JEANNE GREISMAN,

CAROLINE HALPIN,

JAMES HALPIN,

JOHN C. HALPIN,

JOHN C. HALPIN, as Representative of the Estate of JOHN JAMES HALPIN, Deceased,

MARILYN HALPIN,

ADRIENNE MARSHALL,

ADRIENNE MARSHALL, as Representative of the Estate of JAMES J. MARSHALL, Deceased,

JAMES J. MARSHALL, JR.,

THOMAS F. MARSHALL,

VINCENT P. MARSHALL,

**MARGARET MCMAHON,**

**JOAN ELIZABETH MUNRO,**

**JOAN ELIZABETH MUNRO, as Representative of the Estate of JAMES BRONSON MUNRO, Deceased,**

**BARBARA MUNRO-GARCIA,**

**KATHLEEN NEGRI,**

**KATHLEEN NEGRI, as Representative of the Estate of ROBERT DANIEL NEGRI, JR., Deceased,**

**ROBERT DANIEL NEGRI III,**

**SAMANTHA JOAN NEGRI,**

**VINCENT PATRICK NEGRI,**

**MICHAEL PETER NORFORT, JR.,**

**JOHN M. ORGAN,**

**JOHN M. ORGAN, as Representative of the Estate of DENNIS M. ORGAN, Deceased,**

**VIRGINIA O'SHAUGHNESSY,**

**CRAIG S. PHILLIPS,**

**DEBRA L. PHILLIPS,**

**DEBRA L. PHILLIPS, as Representative of the Estate of STEPHEN E. PHILLIPS, Deceased,**

**PAULINE J. PICONE,**

**FRANK PROVINO,**

**JOANNE PROVINO,**

**SHANNON REYNOLDS,**

**SHANNON REYNOLDS, as Representative of the Estate of MARY ELIZABETH REYNOLDS, Deceased,**

SUZANNE REYNOLDS,

ROBIN ROSSI,

FORTUNATE SCHULZ,

FORTUNATE SCHULZ, as Representative of the Estate of RICHARD A. DELLACONA, Deceased,

BARBARA SCOBLIC,

STEPHEN WILLIAM SCOBLIC,

GEBRAELA SHELDON,

GEBRAELA SHELDON, as Representative of the Estate of WILLIAM SHELDON, Deceased,

CHRISTINE VETTER,

TAJ WILLIAM WHITE,

DEBORA WHITE-NORFORT,

DEBORA WHITE-NORFORT, as Representative of the Estate of MICHAEL PETER NORFORT, Deceased,

Plaintiffs,

-against-                                              **IRAN SHORT FORM COMPLAINT AND DEMAND FOR TRIAL BY JURY**

**ISLAMIC REPUBLIC OF IRAN**

Defendant.

-------------------------------------------------------------X

Plaintiffs named herein by and through the undersigned counsel file this Short Form Complaint against Defendant, the Islamic Republic of Iran ("Iran"), arising out of the September 11, 2001 terrorist attacks ("September 11, 2001 Terrorist Attacks"), as permitted and approved by the Court's Order of October 28, 2019, ECF No. 5234. Each Plaintiff incorporates by

reference the specific allegations, as indicated below, of (a) the Federal Insurance and Ashton Plaintiffs' Amended Consolidated Complaint Against Defendant, the Islamic Republic of Iran, ECF No. 3237, or (b) the Amended Complaint, Burnett v. Islamic Republic of Iran, No. 15-CV-9903 (GBD)(SN) (S.D.N.Y. Feb. 8, 2016), ECF No. 53.

Upon filing this Iran Short Form Complaint, each Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as specified below; all causes of action contained within that complaint; all prior filings in connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

Additionally, each Plaintiff incorporates the factual allegations and findings contained in those pleadings and orders filed at Havlish v. Bin Laden, No. 1:03-CV-9848 (GBD)(SN) (S.D.N.Y.), ECF Nos. 263, 294, 295; In re Terrorist Attacks on September 11, 2001, 03-MDL-1570 (GBD)(SN) (S.D.N.Y.), ECF Nos. 2430, 2431, 2432, 2433, 2473, 2515, 2516; and evidence submitted at the proceedings before the Honorable George B. Daniels on December 15, 2011 (ECF No. 2540).

## VENUE

1. Venue in this district is proper pursuant to 28 U.S.C. §§ 1391(b)(2) and 1391(f)(1), as a substantial part of the events giving rise to the claims asserted herein occurred in this district. Venue is also proper in this district pursuant to 18 U.S.C. § 2334(a).

## JURISDICTION

2. Jurisdiction against the Islamic Republic of Iran is premised on the grounds set forth in the complaints specified below, including but not limited to 28 U.S.C. § 1605(a) (tort exception to the Foreign Sovereign Immunities Act), 28 U.S.C. § 1605A (terrorism exception to the Foreign Sovereign Immunities Act), and 28 U.S.C. § 1605B (Justice Against Sponsors of Terrorism Act).

## CAUSES OF ACTION

3. Each Plaintiff hereby adopts and incorporates by reference all factual allegations, jurisdictional allegations, and jury trial demand, including all causes of action against the Islamic Republic of Iran, as set forth in the following complaint:

- ✓ <u>Federal Insurance</u> and <u>Ashton</u> Plaintiffs' Amended Consolidated Complaint Against Defendant, the Islamic Republic of Iran, ECF No. 3237

- ☐ Amended Complaint, <u>Burnett v. Islamic Republic of Iran</u>, No. 15-CV-9903 (GBD)(SN) (S.D.N.Y. Feb. 8, 2016), ECF No. 53

4. In addition, each Plaintiff hereby asserts the following additional causes of action:

- ☐ Iran Short Form Complaint First Cause of Action to Recover Wrongful Death Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 2333 *et seq.* (the Anti-Terrorism Act or ATA)

  As a factual basis for this cause of action, Plaintiff(s) allege that the allegations set forth in the complaint noted above, as well as the allegations set forth in the <u>Havlish</u> filings noted above, establish that, as set forth herein, the injuries they suffered arose from the September 11, 2001 Terrorist Attacks; Defendant's role in the September 11, 2001 Terrorist Attacks constituted acts of international terrorism that violated state and federal laws pursuant to 18 U.S.C. § 2331; that the September 11, 2001 Terrorist Attacks constituted acts of international terrorism committed, planned or authorized by an organization that had been designated as a foreign terrorist organization under 8 U.S.C. § 1189; that the September 11, 2001 Terrorist Attacks violated state and federal laws pursuant to 18 U.S.C. § 2331; and that Defendant aided and abetted, by knowingly providing substantial assistance, with others and/or conspired with others who committed an act or acts of international terrorism in violation of 18 U.S.C. § 2333 *et seq.*

- ☐ Iran Short Form Complaint First Cause of Action to Recover Personal Injury Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 2333 *et seq.* (the Anti-Terrorism Act or ATA)

  As a factual basis for this cause of action, Plaintiff(s) allege that the allegations set forth in the complaint noted above, as well as the allegations set forth in the <u>Havlish</u> filings noted above, establish that, as set forth herein, the injuries they suffered arose from the September 11, 2001 Terrorist Attacks; Defendant's role in the September 11, 2001 Terrorist Attacks constituted acts of international terrorism that violated state and federal laws pursuant to 18 U.S.C. § 2331; that the September 11, 2001 Terrorist Attacks constituted acts of international terrorism committed, planned or authorized by an organization that had been designated as a foreign terrorist organization under 8 U.S.C. § 1189; that the September 11, 2001 Terrorist Attacks violated state and federal laws pursuant to 18 U.S.C. § 2331; and that Defendant aided and abetted, by knowingly providing substantial assistance, with others and/or

conspired with others who committed an act or acts of international terrorism in violation of 18 U.S.C. § 2333 *et seq.*

## IDENTIFICATION OF NEW PLAINTIFFS

5. The following allegations and information are alleged on behalf of each individual who is bringing this claim, as indicated on Appendix 1 to this Iran Short Form Complaint, herein referred to as "Plaintiffs."

   a. The citizenship/nationality of each Plaintiff is indicated at Appendix 1 to this Iran Short Form Complaint.

   b. Plaintiff is entitled to recover damages on the causes of action set forth in the complaint identified above, as joined by this Iran Short Form Complaint, and as further asserted within this Iran Short Form Complaint.

   c. As indicated at Appendix 1, Plaintiff (i) is the estate representative of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; (ii) is the surviving immediate family member of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; and/or (iii) suffered physical injuries as a result of the September 11, 2001 Terrorist Attacks.

   d. For those plaintiffs with personal injury claims, as indicated in Appendix 1, on or after September 11, 2001, said Plaintiff was present at the Pentagon and/or the World Trade Center site and/or its surroundings and/or lower Manhattan and/or at an area wherein he/she was exposed to toxins as a result of the terrorist attacks and was exposed to toxins from the attacks, and/or was otherwise injured, and/or as otherwise alleged, as stated specifically in Appendix 1.

   e. For those plaintiffs with personal injury and/or wrongful death claims, as indicated in Appendix 1, as a direct, proximate and foreseeable result of Defendant's actions or inactions, Plaintiff or his or her decedent suffered bodily injury and/or death, and consequently economic and other losses, including but not limited to pain and suffering, emotional distress, psychological injuries, and loss of enjoyment of life, and/or as described in the Iran Short Form Complaint, and/or as otherwise may be specified in subsequent discovery proceedings, and/or as otherwise alleged in Appendix 1.

   f. The name, relationship to the injured and/or deceased September 11 victim, residency, citizenship/nationality, and the general nature of the claim for each plaintiff asserting wrongful death and/or solatium claims is listed on the attached Appendix 1, and is incorporated herein as allegations, with all allegations of the related complaints, as specified above, deemed alleged as to

4

each Plaintiff.

## IDENTIFICATION OF THE DEFENDANT

6. The only Defendant named in this Iran Short Form Complaint is the Islamic Republic of Iran.

## NO WAIVER OF OTHER CLAIMS

7. By filing this Iran Short Form Complaint, Plaintiff(s) is/are not waiving any right to file suit against any other potential defendants or parties.

8. By filing this Iran Short Form Complaint, Plaintiff(s) are not opting out of any class that the Court may certify in the future.

## JURY DEMAND

9. Each Plaintiff hereby demands a trial by jury as to the claims in this action.

WHEREFORE, Plaintiffs pray for relief and judgment against Defendant as set forth in this Iran Short Form Complaint as appropriate.

Dated: January 14, 2020

                                  Respectfully submitted,

                                  /s/ Barry Salzman
                                  Barry Salzman
                                  Michael Barasch
                                  Barasch & McGarry, P.C.
                                  11 Park Place
                                  18th Floor
                                  New York, NY 10007
                                  Phone: 212.385.8000
                                  Fax: 212.385.7845

                                  Aryeh S. Portnoy
                                  Glen G. McGorty
                                  Michelle Ann Gitlitz
                                  Crowell & Moring LLP
                                  590 Madison Avenue
                                  20th Floor
                                  New York, NY 10022
                                  Phone: 212.223.4000
                                  Fax: 212.223.4134

                                  COUNSEL FOR PLAINTIFFS

# APPENDIX 1

Each line below is deemed an allegation, incorporating the allegations, language, and references within the Iran Short Form Complaint to which this Appendix 1 is appended and shall be referenced as Allegation 1 of Appendix 1 to the Iran Short Form Complaint, Allegation 2 of Appendix 1 to the Iran Short Form Complaint, etc.

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent | 9/11 Decedent's Citizenship/ Nationality on 9/11/2001 | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 1. | Gerard Patrick Ahearn | NY | US | Gerard Anthony Ahearn | Son | US | Solatium |
| 2. | Kristen Mary Ahearn | NY | US | Gerard Anthony Ahearn | Daughter | US | Solatium |
| 3. | William Robert Ahearn | NY | US | Gerard Anthony Ahearn | Son | US | Solatium |
| 4. | Alfred Joseph Albrizio III | NY | US | Alfred Joseph Albrizio, Jr. | Son | US | Solatium |
| 5. | Catherine Albrizio | NY | US | Alfred Joseph Albrizio, Jr. | Wife | US | Solatium |
| 6. | Christian Albrizio | NY | US | Alfred Joseph Albrizio, Jr. | Son | US | Solatium |
| 7. | Alexa Burchianti | NY | US | Alfred Joseph Albrizio, Jr. | Daughter | US | Solatium |

1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8. | Nicole S. Carollo | NC | US | Stephen E. Phillips | Daughter | US | Solatium |
| 9. | Amanda Coyne | NY | US | Ronald Thomas Coyne | Daughter | US | Solatium |
| 10. | Judith Coyne | NY | US | Ronald Thomas Coyne | Wife | US | Solatium |
| 11. | Judith Coyne as Representative of the Estate of Ronald Thomas Coyne | NY | US | Ronald Thomas Coyne | Personal Representative | US | Wrongful Death/Survival Action |
| 12. | Suzanne Matie DellaRatta | NJ | US | Mary Elizabeth Reynolds | Sister | US | Solatium |
| 13. | Tracy DiMarco | NJ | US | Samuel M. Picone | Daughter | US | Solatium |
| 14. | Mary Elizabeth Ferguson | NY | US | Charles Ferguson | Wife | US | Solatium |
| 15. | Mary Elizabeth Ferguson as Representative of the Estate of Charles Ferguson | NY | US | Charles Ferguson | Personal Representative | US | Wrongful Death/Survival Action |
| 16. | Christopher Flegar | NJ | US | Silvano Flegar | Son | US | Solatium |
| 17. | Valerie Flegar | NY | US | Silvano Flegar | Wife | US | Solatium |

2

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 18. | Amanda Fugel | NJ | US | Joseph Fugel | Daughter | US | Solatium |
| 19. | Angela Fugel | NJ | US | Joseph Fugel | Wife | US | Solatium |
| 20. | Paul B. Garipoli | PA | US | Christine Noelle Garipoli | Husband | US | Solatium |
| 21. | Paul B. Garipoli as Representative of the Estate of Christine Noelle Garipoli | PA | US | Christine Noelle Garipoli | Personal Representative | US | Wrongful Death/Survival Action |
| 22. | Birla Elizabeth Gonzalez | NY | US | Fernando Augusto Gonzalez | Wife | US | Solatium |
| 23. | Birla Elizabeth Gonzalez as Representative of the Estate of Fernando Augusto Gonzalez | FL | US | Fernando Augusto Gonzalez | Personal Representative | US | Wrongful Death/Survival Action |
| 24. | Fernando Dar'thanian Gonzalez | NY | US | Fernando Augusto Gonzalez | Son | US | Solatium |
| 25. | Storm Birla Gonzalez | NY | US | Fernando Augusto Gonzalez | Daughter | US | Solatium |
| 26. | Jennifer Lynn Green | NY | US | James Bronson Munro | Daughter | US | Solatium |
| 27. | Jeanne Greisman | NY | US | Mary Elizabeth Reynolds | Sister | US | Solatium |
| 28. | Caroline Halpin | NY | US | John James Halpin | Daughter | US | Solatium |

3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 29. | James Halpin | NY | US | John James Halpin | Son | US | Solatium |
| 30. | John C. Halpin | NY | US | John James Halpin | Son | US | Solatium |
| 31. | John C. Halpin as Representative of the Estate of John James Halpin | NY | US | John James Halpin | Personal Representative | US | Wrongful Death/Survival Action |
| 32. | Marilyn Halpin | NY | US | John James Halpin | Wife | US | Solatium |
| 33. | Adrienne Marshall | NY | US | James J. Marshall, Sr. | Wife | US | Solatium |
| 34. | Adrienne Marshall as Representative of the Estate of James J. Marshall, Sr. | NY | US | James J. Marshall, Sr. | Personal Representative | US | Wrongful Death/Survival Action |
| 35. | James J. Marshall, Jr. | NY | US | James J. Marshall, Sr. | Son | US | Solatium |
| 36. | Thomas F. Marshall | NY | US | James J. Marshall, Sr. | Son | US | Solatium |
| 37. | Vincent P. Marshall | NY | US | James J. Marshall, Sr. | Son | US | Solatium |
| 38. | Margaret McMahon | NY | US | Ronald Thomas Coyne | Sister | US | Solatium |
| 39. | Joan Elizabeth Munro | NY | US | James Bronson Munro | Wife | US | Solatium |

4

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 40. | Joan Elizabeth Munro as Representative of the Estate of James Bronson Munro | NY | US | James Bronson Munro | Personal Representative | US | Wrongful Death/Survival Action |
| 41. | Barbara Munro-Garcia | NY | US | James Bronson Munro | Daughter | US | Solatium |
| 42. | Kathleen Negri | NY | US | Robert Daniel Negri, Jr. | Wife | US | Solatium |
| 43. | Kathleen Negri as Representative of the Estate of Robert Daniel Negri, Jr. | NY | US | Robert Daniel Negri, Jr. | Personal Representative | US | Wrongful Death/Survival Action |
| 44. | Robert Daniel Negri III | NY | US | Robert Daniel Negri, Jr. | Son | US | Solatium |
| 45. | Samantha Joan Negri | NY | US | Robert Daniel Negri, Jr. | Daughter | US | Solatium |
| 46. | Vincent Patrick Negri | NY | US | Robert Daniel Negri, Jr. | Son | US | Solatium |
| 47. | Michael Peter Norfort Jr. | NY | US | Michael Peter Norfort | Son | US | Solatium |
| 48. | John M. Organ | NY | US | Dennis M. Organ | Son | US | Solatium |
| 49. | John M. Organ as Representative of the Estate of Dennis M. Organ | NY | US | Dennis M. Organ | Personal Representative | US | Wrongful Death/Survival Action |
| 50. | Virginia O'Shaughnessy | NY | US | John James Halpin | Daughter | US | Solatium |

5

| # | Name | State | Country | Decedent | Relationship | Decedent Country | Claim |
|---|---|---|---|---|---|---|---|
| 51. | Craig S. Phillips | NC | US | Stephen E. Phillips | Son | US | Solatium |
| 52. | Debra L. Phillips | SC | US | Stephen E. Phillips | Wife | US | Solatium |
| 53. | Debra L. Phillips as Representative of the Estate of Stephen E. Phillips | SC | US | Stephen E. Phillips | Personal Representative | US | Wrongful Death/Survival Action |
| 54. | Pauline J. Picone | NJ | US | Samuel M. Picone | Wife | US | Solatium |
| 55. | Frank Provino | NY | US | Christine Noelle Garipoli | Father | US | Solatium |
| 56. | Joanne Provino | NY | US | Christine Noelle Garipoli | Mother | US | Solatium |
| 57. | Shannon Reynolds | NY | US | Mary Elizabeth Reynolds | Daughter | US | Solatium |
| 58. | Shannon Reynolds as Representative of the Estate of Mary Elizabeth Reynolds | NY | US | Mary Elizabeth Reynolds | Personal Representative | US | Wrongful Death/Survival Action |
| 59. | Suzanne Reynolds | NY | US | Mary Elizabeth Reynolds | Mother | US | Solatium |
| 60. | Robin Rossi | NY | US | Robert Carlo Rossi | Son | US | Solatium |
| 61. | Fortunate Schulz | NY | US | Richard A. Dellacona | Wife | US | Solatium |

6

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 62. | Fortunate Schulz as Representative of the Estate of Richard A. Dellacona | NY | US | Richard A. Dellacona | Personal Representative | US | Wrongful Death/Survival Action |
| 63. | Barbara Scoblic | NY | US | Joseph M. Scoblic | Wife | US | Solatium |
| 64. | Stephen William Scoblic | NY | US | Joseph M. Scoblic | Son | US | Solatium |
| 65. | Gebraela Sheldon | FL | US | William Sheldon | Wife | US | Solatium |
| 66. | Gebraela Sheldon as Representative of the Estate of William Sheldon | VA | US | William Sheldon | Personal Representative | US | Wrongful Death/Survival Action |
| 67. | Christine Vetter | NY | US | James Bronson Munro | Daughter | US | Solatium |
| 68. | Taj William White | NY | US | William Peter Norfort | Son | US | Solatium |
| 69. | Debora White-Norfort | NY | US | Michael Peter Norfort | Wife | US | Solatium |
| 70. | Debora White-Norfort as Representative of the Estate of Michael Peter Norfort | NY | US | Michael Peter Norfort | Personal Representative | US | Wrongful Death/Survival Action |