# BARASCH MCGARRY SALZMAN & PENSON

| | | |
|---|---|---|
| MICHAEL A. BARASCH<br>BARRY A. SALZMAN*<br>DOMINIQUE A. PENSON<br>BRUCE K. KAYE<br>SARA DIRECTOR<br>DANA COHEN<br>LEE LONDON<br>JAMES STEINER<br>JENNIFER JIMENEZ | ATTORNEYS AT LAW<br>11 PARK PLACE, 18TH FLOOR<br>NEW YORK, NEW YORK 10007<br>(212) 385-8000<br>(800) 562-9190<br>Fax No. (212) 385-7845<br>www.baraschmcgarry.com<br>www.911victims.org | MARIYA ATANASOVA<br>REBECCA FORMAN<br>TRAVIS CARTER<br>TREVOR TAYLOR<br>DESTINEE SALOMON<br>ANGELA NEVARD<br>DANIEL LEE<br>ADAM WYNN<br>ANDREA VELASQUEZ<br>SABA MEKBEB**<br>DELARAM YOUSEFI<br>CHIDI UDOYE<br>SEAN GALLAGHER<br>ERIC GRAF<br>MARK CAFIERO<br>KATARZYNA BAJEK<br>ROBERT N. BARASCH***<br>KATIE LESSER |

*Also Admitted in Connecticut

**Also Admitted in NJ
*** Of Counsel - Admitted in FL

March 4, 2026

**VIA ECF**

The Honorable George B. Daniels, United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:  *In re Terrorist Attacks on September 11, 2001,* No. 03-md-1570 (GBD) (SN)
*Mandelkow et al. v. Islamic Republic of Iran*, No. 20-cv-00315 (GBD) (SN)
*Alcabes et al. v. Islamic Republic of Iran*, No. 20-cv-00340 (GBD) (SN)
*Anderson et al. v. Islamic Republic of Iran*, No. 20-cv-00354 (GBD) (SN)
*Ahearn et al. v. Islamic Republic of Iran*, No. 20-cv-00355 (GBD) (SN)
*Asciutto et al. v. Islamic Republic of Iran*, No. 20-cv-00411 (GBD) (SN)
*Amin et al. v. Islamic Republic of Iran*, No. 20-cv-00412 (GBD) (SN)
*Basci et al. v. Islamic Republic of Iran*, No. 20-cv-00415 (GBD) (SN)
*Cloud et al. v. Islamic Republic of Iran*, No. 1:20-cv-00416 (GBD) (SN)

**Request to Be Included in Report & Recommendation regarding Final Judgments**

Dear Judge Daniels:

We write on behalf of the Plaintiffs in the above-captioned eight cases, each of which is a part of the multi-district litigation *In re Terrorist Attacks on September 11, 2001*.

Plaintiffs in the above-captioned cases hold the following judgments against the Islamic Republic of Iran ("Iran").

| Case | Date of Underlying Judgment(s) | ECF No. of Underlying Judgment(s) |
|---|---|---|
| *Mandelkow et al. v. Islamic Republic of Iran*, No. 20-cv-00315 (GBD) (SN) | August 9, 2023 | 9274 |
| *Alcabes et al. v. Islamic Republic of Iran*, No. 20-cv-00340 (GBD) (SN) | August 9, 2023 | 9274 |
| *Anderson et al. v. Islamic Republic of Iran*, No. 20-cv-00354 (GBD) (SN) | August 9, 2023<br>March 28, 2025<br>August 11, 2025 | 9274<br>10813<br>11152 |
| *Ahearn et al. v. Islamic Republic of Iran*, No. 20-cv-00355 (GBD) (SN) | August 9, 2023 | 9274 |
| *Asciutto et al. v. Islamic Republic of Iran*, No. 20-cv-00411 (GBD) (SN) | August 9, 2023 | 9274 |
| *Amin et al. v. Islamic Republic of Iran*, No. 20-cv-00412 (GBD) (SN) | August 9, 2023<br>March 28, 2025<br>August 11, 2025 | 9274<br>10813<br>11152 |
| *Basci et al. v. Islamic Republic of Iran*, No. 20-cv-00415 (GBD) (SN) | August 9, 2023 | 9274 |
| *Cloud et al. v. Islamic Republic of Iran*, No. 1:20-cv-00416 (GBD) (SN) | October 5, 2021 | 7186 |

On March 3, 2026, Magistrate Judge Netburn recommended that for non-final judgments against Iran, the Court take the necessary action to certify the judgments as final against Iran. *See* ECF No. 11824 at 17. Those recommended actions include denying without prejudice outstanding requests for additional damages, staying deadlines for those plaintiffs to move for relief from final judgment until further order of the Court, and expressly determining that there is no just reason for delay and certifying each of the underlying judgments against Iran as final on all of those plaintiffs' claims.

Plaintiffs in the above-captioned cases respectfully request that the Court include their judgments in connection with the relief recommended by Magistrate Judge Netburn's Report & Recommendation applies. Plaintiffs in the above-caption cases further respectfully request that any action by the Court with respect to the judgments referenced in the Report & Recommendation also apply to the judgments indicated above.

Respectfully submitted,

*/s/Barry Salzman*
Barry Salzman